FILED

2017 NOV 15 PM 2: 14

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

Martina D. Evans, Esquire
P.O. Box 811792
Los Angeles, CA 90081
Telephone: 410-323-1958

*In Proper Person*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

LA CV17  08345- DMG-GJSx

| | |
|---|---|
| MARTINA D. EVANS,<br><br>       Plaintiff,<br>    v.<br><br>MORGAN AVERY MCCOY-HARRIS;<br>COCOA BROWN; and<br>DOES 1-10, inclusive,<br><br>       Defendants | Case No.:<br><br>**COMPLAINT FOR DAMAGES<br>AND REQUEST FOR<br>INJUNCTIVE RELIEF FOR<br>COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Martina D. Evans, Esquire ("Plaintiff"), alleges as follows based on personal knowledge as to allegations concerning herself and on information and belief as to all other allegations:

### PRELIMINARY STATEMENT

1.    Plaintiff brings this action seeking to put an immediate stop to, and to obtain redress for, Defendants' blatant and purposeful infringement of the copyright in Plaintiff's screenplays, "Four Sundays In Spring," and "Three Weekends In June."

2.    Plaintiff is an accomplished screenwriter and author and has written and/or published screenplays, stage plays, developed treatments for film projects and a book.  In 2010, she wrote the screenplay, "Four Sundays In Spring," (the "Infringed Feature") and in 2009, Plaintiff wrote the screenplay, "Three Weekends In June," (the "Infringed Short"), collectively the "Infringed Screenplays."

PAID

NOV 15 2017

Clerk, US District Court
COURT 4612

3.       Recognizing Plaintiff's talent and goodwill, and in a brazen and improper effort to capitalize on Plaintiff's hard-earned accomplishments, Defendants have filmed, edited, produced, promoted, advertised, marketed, screened, submitted to festivals, sold, distributed and profited from and/or received and solicited funds and/or donations for a feature film, "Finding Boaz" a/k/a "Finding Boaz the Movie" (the "Infringing Film") which prominently features significant similarities and/or portions of Plaintiff's screenplays "Four Sundays In Spring" and "Three Weekends In June" without authorization from Plaintiff.  Defendants' Infringing Advertisement and GoFundMe Page trailer can be viewed at

https://www.youtube.com/watch?v=7Yv8sRkf-no

4.       Defendants' conduct is causing, and unless immediately enjoined will continue to cause, enormous and irreparable harm to Plaintiff.  Defendants may not continue to exploit Plaintiff's screenplays without authorization in order to film, edit, produce, promote, advertise, market, distribute, screen, submit to festivals, sell and profit from and/or receive and solicit funds and/or donations for the Infringing Film.  Defendants' conduct must immediately be stopped and Plaintiff must be compensated for Defendants' willful acts of infringement.

## JURISDICTION AND VENUE

5.       This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, et seq.

6.       This Court has subject matter jurisdiction over this copyright infringement action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7.       This Court has personal jurisdiction over Defendants because, among other things, Defendant Cocoa Brown is a resident of the State of California, Defendants caused injury

1  to Plaintiff and her intellectual property within the State of California and in this judicial district
2  and Plaintiff is a resident of California.

3      8.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c), and/or
4  §1400(a).

5                                **THE PARTIES**

6

7      9.      Plaintiff Martina D. Evans, ("Plaintiff") is a resident of California.  She is the
8  screenwriter of "Four Sundays In Spring" and "Three Weekends In June," the Infringed
9  Screenplays, and the legal and/or beneficial owner of the copyright interest in and to both
10 screenplays.

11

12     10.     Defendant Cocoa Brown is a resident of California and is a comedic actress doing
13 business in California.  Defendant Cocoa Brown is the headliner in Defendants' Infringing Film,
14 "Finding Boaz."  She is also prominent in the Infringing Film's promotions, advertisements,
15 marketing, distributions, trailer, posters and other materials.

16

17     11.     Defendant Morgan Avery McCoy-Harris ("Defendant McCoy-Harris") is a
18 resident of Virginia.  McCoy-Harris is an actress and played a lead role in Plaintiff's Infringed
19 Feature, "Four Sundays In Spring."  In 2010, Plaintiff gave McCoy-Harris a copy of the
20 Infringed Feature screenplay by reason of her being cast as a lead character in the Infringed
21 Feature.  Defendant Morgan Avery McCoy-Harris is also known as Morgan Avery McCoy-
22 Harris, Inc. ("MAM, Inc.")

23

24     12.     The true names and capacities, whether individual, corporate, associate, or
25 otherwise, of Defendants sued herein as Does 1 through 10, are unknown to Plaintiff, who
26 therefore sue said Defendants by such fictitious names (the "Doe Defendants").  Plaintiff will
27 seek leave of Court to amend this complaint to state their true names and capacities when they

28

1   have been ascertained.  Plaintiff is informed and believes and on that basis avers that the Doe

2   Defendants are liable to Plaintiff as a result of their participation in all or some of the acts

3   hereinafter set forth.  Morgan Avery McCoy-Harris a/k/a Morgan Avery McCoy, Inc. a/k/a

4   MAM, Inc., Cocoa Brown and the Doe Defendants are referred to collectively as "Defendants."

5

6          13.     Plaintiff is informed and believes and on that basis avers that at all times

7   mentioned in this complaint, each of the Defendants was the agent and/or alter ego of each of the

8   other Defendants and, in doing the things alleged in this complaint, was acting within the course

9   and scope of such agency.

10                          **GENERAL AVERMENTS**

11

12         14.     Plaintiff is the writer of the original feature screenplay "Four Sundays In Spring"

13  and the writer of the accompanying original short screenplay "Three Weekends In June."

14  Plaintiff owns the rights and title to the copyright in the feature screenplay "Four Sundays In

15  Spring" (the "Infringed Feature").  Plaintiff owns the rights and title to the copyright in the

16  feature short "Three Weekends In June" (the "Infringed Short).

17

18         15.     Plaintiff filed an application for copyright registration with the United States

19  Copyright Office for the screenplay "Four Sundays In Spring" on August 26, 2010, and was

20  issued a registration.  A true and correct copy of Plaintiff's copyright registration is annexed

21  hereto as Exhibit A.

22         16.     Plaintiff filed an application for copyright registration with the United States

23  Copyright Office for the screenplay "Three Weekends In June" on September 10, 2009, and was

24  issued a registration.  A true and correct copy of Plaintiff's copyright registration is annexed

25  hereto as Exhibit B.

26

27

28

17.    The Defendants' casting notice for 'Finding Boaz" a/k/a "Finding Boaz the Movie" the Infringing Film listed the writer as "Daisy Marie Lee." However, according to Defendants' attorney, Caryl Johnson admitted there is no "Daisy Marie Lee," but Defendant merely used the name.

18.    Plaintiff filmed and produced the Infringed Feature "Four Sundays In Spring" into a movie which debuted and was released to the public on July 3, 2012 at a red carpet premiere screening. Plaintiff filmed and produced the Infringed Short "Three Weekends In June" into a movie which debuted and was released to the public in January 2011 at the San Diego Black Film Festival.

19.    In or around July 2017, it came to Plaintiff's attention that Defendants and/or their agents publicly filmed, edited, produced, promoted, advertised, marketed, distributed, screened, submitted to festivals, sold, profited from and received and solicited funds and/or donations for (and/or caused to be publicly filmed, edited, produced, promoted, advertised, marketed, distributed, screened, submitted to festivals, sold and/or profited from and received and solicited funds and/or donations for a substantial portion of the Infringed Screenplays without Plaintiff's authorization in the Infringing Advertisement and GoFundMePage trailer for "Finding Boaz" a/k/a "Finding Boaz the Movie," which can be viewed at

https://www.youtube.com/watch?v=7Yv8sRkf-no (the "Infringing Advertisement").

20.    Defendants do not have any license, authorization, permission or consent to use the Infringed Feature or the Infringed Short.

21.    In fact, on July 5, 2017, Plaintiff provided written notice to Defendant Morgan Avery McCoy-Harris that the Infringing Advertisement, GoFundMe Page trailer and Infringing Film constitute infringement of Plaintiff's rights and demanded that Defendant Morgan Avery

McCoy-Harris cease and desist from any further use of the Infringed Feature. Plaintiff is entitled to injunctive relief and redress for Defendants' willful, intentional and purposeful use and exploitation of the Infringed Screenplays for their own financial benefit with full knowledge that such use constituted infringement of, and was in disregard of Plaintiff's rights.

22. Moreover, on July 28, 2017, Attorney Richard Jefferson, on behalf of Plaintiff, provided written notice to Defendant's Attorney, Caryl Johnson that the Infringing Advertisement, GoFundMe Page trailer, Infringing Film and other materials constitute infringement of Plaintiff's rights and demanded that Defendant cease and desist from any further use of the Infringed Feature and Infringed Short. Plaintiff is entitled to injunctive relief and redress for Defendants' willful, intentional and purposeful use and exploitation of the Infringed Screenplays for their own financial benefit with full knowledge that such use constituted infringement of, and was in disregard of Plaintiff's rights.

## COUNT I

## COPYRIGHT INFRINGEMENT

### (17 U.S.C. §§ 106 and 501)

(By Plaintiff Against Defendants)

23. Plaintiff incorporates herein by this reference each and every averment contained in paragraphs 1 through 22, inclusive.

24. Through their conduct averred herein, Defendants have infringed Plaintiff's copyright in the Infringed Screenplays in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

25. Defendants' acts of infringement are willful, intentional and purposeful, in disregard of and with indifference to Plaintiff's rights.

26.    As a direct and proximate result of said infringement by Defendants, Plaintiff is entitled to damages in an amount to be proven at trial.

27.    Plaintiff is also entitled to Defendants' profits attributable to the infringement, pursuant to 17 U.S.C. § 505 and otherwise according to law.

28.    As a direct and proximate result of the foregoing acts and conduct, Plaintiff has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  Plaintiff is informed and on that basis avers that unless enjoined and restrained by this Court, Defendants will continue to infringe Plaintiff's rights in the Infringed Feature and the Infringed Short.  Plaintiff is entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

WHEREFORE, Plaintiff respectfully prays for a judgment against Defendants for:

1.    Defendants' profits and for damages in such amount as may be found, or alternatively, for maximum statutory damages of not less than $150,000 for all individual copyright infringements involved in the action with respect to any one work for which any one infringer is liable individually, or for which any two or more infringers are liable jointly and severally, or for such other amount as may be proper pursuant to 17 U.S.C. § 504(c).

2.    For a preliminary and permanent injunction enjoining Defendants and Defendants' agents, servants, employees, officers, attorneys, successors, licensees, partners, and assigns, and all persons acting in concert or participation with each or any of them, from:  (a) directly or indirectly infringing in any manner any of Plaintiff's respective copyrights or other exclusive rights (whether now in existence or hereafter created), including without limitation, copyrights or exclusive rights under copyright in the Infringed Feature or in the Infringed Short,

collectively the Infringed Screenplays; and (b) causing, contributing to, enabling, facilitating, or participating in the infringement of any of Plaintiff's respective copyrights or other exclusive rights (whether now in existence or hereafter created), including without limitation, copyrights or exclusive rights under copyright in the Infringed Feature or in the Infringed Short.

3.    For prejudgment interest according to law.

4.    For Plaintiff's attorneys' fees, costs and disbursements in this action.

5.    For such other and further relief as the Court may deem just and proper.


Dated: November 15, 2017

Martina D. Evans, Esquire
P.O.Box 811792
Los Angeles, CA 90081
*In Proper Person*

# **DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury.

Dated: November 15, 2017

Martina D. Evans, Esquire
P.O.Box 811792
Los Angeles, CA 90081
*In Proper Person*

# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-688-653**

**Effective date of registration:**

August 26, 2010

---

## Title ────────────────────────────

**Title of Work:** Four Sundays In Spring

## Completion/Publication ───────────────

**Year of Completion:** 2010

## Author ───────────────────────────

■ **Author:** Martina D Evans

**Author Created:** text

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant ─────────────────

**Copyright Claimant:** Martina D Evans

1022 Marlau Drive, Baltimore, MD, 21212

## Certification ──────────────────────

**Name:** Martina Deanne Evans

**Date:** August 24, 2010

---

**Registration #:**   TXU001688653

**Service Request #:**   1-476412381



M. D. Evans, Attorney at Law
Martina D Evans
6600 York Road
Suite 201
Baltimore, MD 21212

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-626-335

**Effective date of registration:**

September 10, 2009

## Title

**Title of Work:** Three Weekends in June

## Completion/ Publication

**Year of Completion:** 2009

## Author

■ **Author:** Martina Deanne Evans

**Author Created:** text, editing

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1963

## Copyright claimant

**Copyright Claimant:** Martina Deanne Evans

1022 Marlau Drive, Baltimore, MD, 21212, United States

## Rights and Permissions

**Name:** Martina Deanne Evans

**Email:** mevansatty@aol.com          **Telephone:** 410-323-6850

## Certification

**Name:** Martina Deanne Evans

**Date:** August 20, 2009

**Registration #:**    TXU001626335

**Service Request #:**    1-233201971

Martina Deanne Evans
1022 Marlau Drive
Baltimore, MD 21212  United States