JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTINA D. EVANS**, <br><br> Plaintiff, <br><br> v. <br><br> **MORGAN AVERY MCCOY-HARRIS**, et al., <br><br> Defendants. | Case No. CV 17-8345-DMG (AGRx) <br><br><br> **JUDGMENT** |

The Court having granted the motions to dismiss of Defendants Morgan Avery McCoy-Harris and Farah Cocoa Brown with prejudice by order dated May 9, 2019 [Doc. # 90],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and against Plaintiff.

DATED: May 9, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE